

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/16/2019 10:00 AM

COURTROOM 300 North Hogan Street

HONORABLE PAUL GLENN

| CASE NUMBER: | | FILING DATE: |
| --- | --- | --- |
| **3:16-bk-02976-PMG** | **13** | **08/04/2016** |

**Chapter 13**

| | | |
| --- | --- | --- |
| **DEBTOR:** | John Murphy | |
| | Marie Murphy | |
| **DEBTOR ATTY:** | **Todd Henry** | |
| **TRUSTEE:** | **Douglas Neway** | |

**HEARING:**

Motion to Compel Turnover of Tax Refund Filed by Trustee    Doc #44

**APPEARANCES::**

Motion to Compel Turnover of Tax Refund Filed by Trustee    Doc #44
ORE TENUS MOTION BY DEBTOR TO EXTEND PAYMENTS
  **RULING:** GRANTED.   DEBTORS ALSO GRANTED 60 DAYS TO CURE ARREARS
O/BROWN
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.