ORDERED.

Dated:  January 23, 2019

Paul M. Glenn
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:
JOHN MURPHY SR.
MARIE MURPHY
        Debtor(s)

CASE NO.: 3: 16-bk-2976-PMG
Chapter 13

**ORDER GRANTING TRUSTEE'S
MOTION TO COMPEL TURNOVER OF TAX REFUND
AND GRANTING DEBTORS' ORE TENUS MOTION TO EXTEND TIME
TO CURE PAYMENT DELINQUENCIES**

THIS CASE came before the Court on January 16, 2019 on the Trustee's Motion to Compel Turnover of Tax Refund.  At hearing, the Debtors also made an ore tenus Motion to Extend Time to Cure Payment Delinquencies.  Upon hearing, it is:

ORDERED:

1. The Trustee's Motion to Compel Turnover of Tax refund is granted.

2. Within 60 days of the date of this Order, the Debtor(s) shall turnover the 2017 tax refund of $222.00 to be applied towards the payments due on the Debtor(s)' bankruptcy account.

3. Even with the turnover of the 2017 tax refund, the Debtors remain behind in their plan payments.  As such, Debtors' counsel made an ore tenus Motion to Extend Time to Cure Payment Delinquencies which is granted.

4. Debtors shall continue their regular payments with the next payment due February 3, 2019 and continue to make each payment due thereafter.

5. The Debtors shall cure any remaining delinquencies within 60 days from the date of this Order while maintaining their regular monthly plan payments

6. In the event the Debtor(s) fails to provide the funds as ordered, the Trustee shall file an Affidavit with the Court serving a copy of the same on the Debtor(s) and the Debtor(s)' attorney. The court may enter an Order dismissing or re-converting this case, if appropriate, after receipt of the Trustee's Affidavit.

Copies to:
All interested parties

Douglas W. Neway, the Chapter 13 Standing Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.