UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:                                                         Case No: 3:16-BK-02976-PMG

JOHN A MURPHY SR and
MARIE E MURPHY
                Debtors
_____/

PROOF OF SERVICE

I hereby certify a true and correct copy of the **Order Granting Trustee's Motion to Compel Turnover of Tax Refund and Granting Debtors' Ore Tenus Motion to Extend Time to Cure Payment Delinquencies**, **Docket Number 48**, was served by electronic transmission, facsimile transmission and/or U.S. Mail on January 24, 2019 on parties indicated on the said order.

                                                     By /s/ Douglas W. Neway
                                                     Douglas W. Neway
                                                     Chapter 13 Standing Trustee
                                                     Florida Bar No. 0709948
                                                     P. O. Box 4308
                                                     Jacksonville, Florida 32201-4308
                                                     Telephone:   (904) 358-6465
                                                     FAX:          (904) 634-0038